AO 91 (Rev. 11/11) Criminal Complaint

LODGED
CLERK, U.S. DISTRICT COURT
10/16/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: AH DEPUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California

FILED
CLERK, U.S. DISTRICT COURT
10/16/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: KL DEPUTY

United States of America
v.
AXEL GIOVANI PRERA GARCIA

*Defendant(s)*

Case No. 2:26-mj-06062-DUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 3, 2025 in the county of Los Angeles in the Central District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1015(a) | False Statements in a Naturalization Application |

This criminal complaint is based on these facts:

Please see attached sheet.

☑ Continued on the attached sheet.

/s/
*Complainant's signature*

Ross Hogan, Special Agent-HSI
*Printed name and title*

Sworn to before me and signed in my presence.

*Judge's signature*

Date: 6:55 PM 10/16/26

City and state: Los Angeles, California

Honorable Diana M. Kwok, U.S. Magistrate Judge
*Printed name and title*

*AUSA:* Michael Wheat

# AFFIDAVIT

I, Ross Hogan, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant for AXEL GIOVANI PRERA GARCIA ("GARCIA") for a violation of 18 U.S.C. § 1015(a) (False Statement in a Naturalization Application).

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, information obtained from various law enforcement and public databases, and conversations and correspondence with other law enforcement officers and agents. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and arrest warrant and does not purport to set forth all my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

## II. BACKGROUND OF AFFIANT

3. I am a Special Agent ("SA") for Homeland Security Investigations ("HSI"), I have completed Criminal Investigation Training Program, and Homeland Security Investigations Special Agent Training (28 Training Weeks) at Federal Law Enforcement Training Center in Glynco, Georgia.

4. In addition to formal basic law enforcement training, I have approximately 32 hours of advanced training in Human Smuggling and Financial Exploitation. In my time as a Special Agent, I have conducted investigations with El Dorado Financial

Task Force, Homeland Security Investigations New York, to include Money Laundering and Bulk Cash Smuggling. I have also conducted investigations into cybercrime, Fraud, and extortion as a Special Agent in the Los Angeles CA Homeland Security Task Force – Financial.

5. Prior to my tenure as a Special Agent, I served as a Captain in the United States Marine Corps. I earned a Bachelor of Science in Physics from the United States Naval Academy. During my time in the Marine Corps I served as an Infantry Officer, specializing in the application of weapons and tactics. I was responsible for an account of equipment and material worth $8 million.

6. I am presently assigned as a sworn law enforcement officer of the Homeland Security Investigations – Los Angeles. In that capacity, my duties include investigating federal criminal offenses in the Central District of California and elsewhere.

## III. <u>STATEMENT OF PROBABLE CAUSE</u>

7. Department of Homeland Security ("DHS") records reveal that GARCIA was born on January 18, 1980, in Mazatenango, Guatemala, and is a native and citizen of Guatemala, who entered the United States in 2010 and is present in the United States as a Lawful Permanent Resident ("LPR"). LPRs are not United States citizens.

8. In August 2026, DHS HSI Los Angeles received investigative referrals provided by HSI Identity and Benefit Fraud Unit ("IBFU") with relevant information regarding alleged voter fraud or related identity-based fraud

indicators. One of the referrals provided was for GARCIA with fraud indicators that GARCIA either registered to vote, has voted, or both.

9. During the HSI investigation of GARCIA, SAs conducted a number of record checks through law enforcement databases. A DHS database revealed a record under Alien Registration number AXXXXXX049 in the name "Axel Giovani Prera Garcia" also known as "Axel Giovani Garcia" with a date of birth of January XX, 1980, country of birth and citizenship as Guatemala. This record includes a photograph of the person SAs recognize to be GARCIA. This recognition is based on my comparison to other law enforcement photographs of GARCIA. This record also lists additional identifying information for GARCIA to include a physical address: XX32 Rosemead Blvd, Pico Rivera, CA, 90660, a telephone number ending in -8974, and date of birth of January XX, 1980.

10. Immigration documentation, specifically Form N-400 records for GARCIA, also lists his birth country and citizenship as Guatemala, and contains a Social Security number ending in 3694 and a driver's license number BXXXX678.

11. SAs also conducted record checks through the California Department of Motor Vehicles and confirmed that driver's license number BXXXX678 is associated with the name "Axel Giovani Prera Garcia" and is associated with the same address at XX32 Rosemead Blvd, Pico Rivera, CA, 90660. The latest issue date of this record is October 26, 2022, and it contained a photograph which SAs believe depicts GARCIA based on SAs' comparison to pictures and SAs' interactions and

correspondence with other law enforcement officers. This record also shows a date of birth as January XX, 1980, and contains an image of GARCIA's signature.






12. During the HSI investigation of GARCIA, SAs subpoenaed the Los Angeles County Registrar's Office for voter registration information for GARCIA associated with the same address at XX32 Rosemead Blvd, Pico Rivera, CA, 90660.

13. In September 2026, SAs received certified voter registration application number AXXXXX0853, a voter registration receipt, and a signature image from the Los Angeles County Registrar's Office, Office of County Counsel of Los Angeles. The voter registration name is listed as "Axel Giovani Garcia" and lists the same address at XX32 Rosemead Blvd, Pico Rivera, CA, 90660.

14. Under the application question of "Are you a citizen of the United States of America" the answer "yes" is marked in. Following a declaration under penalty of perjury warning, the voter registration applications are dated on or about 2002 and 2005.



WARNING: It is a felony if you sign this statement even though you know it is untrue; you can be fined and jailed for up to four years.

VOTER DECLARATION—Read and Sign Below.

- I am a U.S. Citizen. I will be at least 18 years old on or before the next election. I am not in prison or on parole for a felony conviction.
- I certify under penalty of perjury under the laws of the State of California that all the information on this form is true and correct.

SIGNATURE—You must sign and date in box below.

12

X Signature

59 AY 482561

Today's Date 041102



NOTICE: It is a felony if you sign this statement even though you know it is untrue; you can be fined and jailed for up to three years.

Yes No Are you a citizen of the United States of America?

Yes No Will you be 18 years of age on or before election day?

If you check "no" in response to either of these questions, do not complete this form.

VOTER DECLARATION—Read, sign, and date below.

- I am not in prison or on parole for a felony conviction.
- I certify under penalty of perjury under the laws of the State of California that all the information on this form is true and correct.

SIGNATURE—You must sign and date in box below.

X Signature

91 AJ 279795

Today's Date

15. The voter applications also provided the following for GARCIA:

a. California ID number DL # BXXXX678

b. Date of birth as January XX, 1980

c. Place of birth as Guatemala

d. "SSN4" as -3694

e. Phone number as (562)949-XXXX and (562)942-XXXX

f. Email as AxelaGarcia@XXXXX.com

16. The signature supplied by the voter and attached to voter application number XXXXX0853 in the name of GARCIA and appears to match GARCIA's signature on his California driver's license dated October 26, 2022.

17. Additionally, SAs have reviewed DHS records to determine whether GARCIA has ever sought or obtained United States citizenship. To become a naturalized United States citizen, an applicant must file a Form N-400 and pay a $710 filing fee or seek a fee waiver. DHS records do show GARCIA is seeking naturalization and filed an N-400 application. Multiple records of photo identification were uploaded to the application including a copy of GARCIA's California State Driver's License BXXXX678.




18. Under the application questions in Part 9 of the Form N-400 the first question of "Have you **EVER** claimed to be a U.S. citizen (in writing or any other way)?" the answer "No" is checked. The second question "Have you **EVER** registered to vote

or voted in any Federal, state, or local election in the United States? If you lawfully voted only in a local election where aliens are eligible to vote, you may answer 'No.'" the answer "No" is checked.

1. Have you **EVER** claimed to be a U.S. citizen (in writing or any other way)? ☐ Yes ☒ No

2. Have you **EVER** registered to vote or voted in any Federal, state, or local election in the United States? If you lawfully voted only in a local election where aliens are eligible to vote, you may answer "No." ☐ Yes ☒ No

19. Following a declaration under penalty of perjury warning, the Form N-400 Naturalization application is signed and dated June 3, 2025.

4. Applicant's Signature (or signature of a legal guardian, surrogate, or designated representative, if applicable) | Date of Signature (mm/dd/yyyy) 6-3-25

20. The Form N-400 Naturalization application also provided the following for GARCIA:

a. Alien Number as AXXXXXX049

b. Date of birth as January XX, 1980

c. Place of birth as Guatemala

d. "SSN4" as -3694

21. Moreover, the records do not reflect the issuance of a Form N-550, a Certificate of Naturalization, which is an official document issued by U.S. Citizenship and Immigration Services to prove that a foreign national has officially become a United States citizen after completing the naturalization process and taking the Oath of Allegiance. Based on my background, training and experience, I know that if an individual became a naturalized citizen, DHS records associated

with that individual would reflect the issuance of a Form N-550 (Certificate of Naturalization).

## IV. CONCLUSION

22. Based on the foregoing, I believe there is probable cause to believe that GARCIA knowingly and willfully falsely stated under oath that he was a United States Citizen in his voter registration application in order to register to vote and secure the issuance of an election ballot permitting him to vote in a California and federal election in violation of 18 U.S.C. § 1015(a).

/s/
ROSS HOGAN, Special Agent
Homeland Security
Investigations

Subscribed to and sworn before me
This 16th day of October, 2026

HONORABLE DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE